**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

JERRY WAYNE MAYFIELD,
            *Defendant-Appellant.*

No. 02-50381

D.C. No.
CR-97-00269-
CAS-01
Central District
of California,
Los Angeles

ORDER
WITHDRAWING
OPINION

Filed August 10, 2005

Before: David R. Thompson, Barry G. Silverman, and
Kim McLane Wardlaw, Circuit Judges.

---

## ORDER

The previous opinion filed October 29, 2004, and published at 386 F.3d 1301 (9th Cir. 2004), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

10265

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.